

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00241-CR

**IN RE** Domingo **GONZALES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  April 24, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 17, 2013, Relator Domingo Gonzales filed a petition for writ of mandamus directed against the Bexar County District Clerk.  However, by statute, this court only has the authority to issue a writ of mandamus against a "judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (Vernon 2004); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—1998, orig. proceeding).  We conclude Gonzales has failed to establish the relief requested is necessary to enforce our appellate jurisdiction.  Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH

---

[1] There is no pending trial court proceeding.